THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM WOLFE, Appellant.

(Argued October 14, 1936; decided November 17, 1936.)

*Jac M. Wolff* for appellant.

*Paul Windels, Corporation Counsel* (*William S. Gaud, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CROUCH, J., taking no part.